ROBERT LAMANUZZI, SBN  213673
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 492-0009

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARIE QUAADMAN,<br><br>                    Defendant. | **Case No.**  1:24-cr-00055-JLT-SKO<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant MARIE QUAADMAN and ANTONIO PATACA, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for FEBRUARY 10TH, 2025, at 8:30 a.m. shall be continued until APRIL 7th, at 8:30 a.m.

1.  Defendant, Marie Quaadman, is scheduled for sentencing on February 10th, 2025.

2.  Defendant and her counsel need additional time to compile mitigating evidence to present at Defendant's sentencing.

3.  There is no objection by the Government to the continuance.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served

1

by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: January 14th, 2025                      Respectfully submitted,


                                                _/s/Robert Lamanuzzi__
                                                ROBERT LAMANUZZI
                                                Attorney for Defendant,
                                                Marie Quaadman

Dated: January 14th, 2025                      Respectfully submitted,


                                                _/s/Antonio Pataca_____
                                                ANTONIO PATACA
                                                Assistant U.S. Attorney


## **ORDER**

The sentencing hearing for the above-named defendant, currently scheduled for FEBRUARY 10TH, at 8:30 a.m., is continued until APRIL 7th, at 8:30 a.m.


IT IS SO ORDERED.

    Dated:   **January 15, 2025**                 _Jennifer L. Thurston_____
                                                UNITED STATES DISTRICT JUDGE