MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION CONTINUING SENTENCING |
| v. | |
| MARIE QUAADMAN, | |
| Defendant. | |

**STIPULATION**

1.   By previous order, this matter was set for sentencing on April 7, 2025.

2.   By this stipulation, defendant now moves to continue the sentencing hearing to May 19, 2025. Counsel for defendant requires additional time to prepare matters for sentencing.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: March 28, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: March 28, 2025 | /s/ ROBERT LAMANUZZI<br>ROBERT LAMANUZZI<br>Counsel for Defendant<br>MARIE QUAADMAN |

## ORDER

IT IS SO ORDERED.

Dated: March 28, 2025

_____
JENNIFER L. THURSTON
U.S. District Judge

2