Robert C Lamanuzzi, Esq (#213673)
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
Telephone: (559) 492-0009

Attorney for Defendant: Marie Quaadman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:24-cr-00055-JLT |
|---|---|
| Plaintiff, | |
| | **MOTION TO TERMINATE CJA APPOINTMENT OF ROBERT LAMANUZZI AS ATTORNEY OF RECORD AND ORDER** |
| MARIE QUAADMAN | |
| Defendant. | |

On March 22nd, 2024, Defendant Marie Quaadman was indicted on federal charges. CJA Panel Attorney, Robert Lamanuzzi, was appointed as trial counsel to represent Mr. Marie Quaadman on March 14th, 2024, in her criminal case. Ms. Quaadman was sentenced pursuant to plea agreement on May 19th, 2025. The time for filing a direct appeal was June 2nd, 2025. No direct appeal was filed. Ms. Quaadman was in custody at sentencing. Ms. Quaadman remained in custody and was remanded to the Bureau of Prisons. The trial phase of Ms. Quaadman's criminal case has, therefore, come to an end. Having completed his representation of Ms. Quaadman, CJA attorney, Robert Lamanuzzi, now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Quaadman require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: JUNE 3rd, 2025,                                  Respectfully submitted,


                                        /s/ Robert Lamanuzzi
                                        Robert Lamanuzzi, Attorney for
                                        Defendant, Marie Quaadman

## ORDER

Having reviewed the notice and found that attorney Robert Lamanuzzi has completed the services for which he was appointed, the Court hereby grants attorney Lamanuzzi`s request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Marie Quaadman at the following address and to update the docket to reflect Defendant's pro se status and contact information.

MARIE QUAADMAN 03801-511
MDC LOS ANGELES
535 N ALAMEDA STREET
LOS ANGELES, CA   90012

**IT IS SO ORDERED**


Dated: June 5, 2025

                                        /s/ Jennifer L. Thurston
                                        UNITED STATES DISTRICT JUDGE